APPEAL NO. 945. CONCETTA GUGLIETTI *et al. v.* DAVID R. MCGOVERN, *City Treasurer.* Plaintiffs' motion to dismiss defendant's appeal granted and case remanded to Superior Court. *William G. Gilroy, Anthony DeLisi,* for plaintiffs. *Robert J. McOsker,* City Solicitor, *Edward F. Malloy,* Asst. City Solicitor, *David J. Kehoe,* Asst. City Solicitor, for defendant.

March 12, 1970.

M. P. No. 761. LAWRENCE McCARTER *v.* HAROLD V. LANGLOIS, *Warden.* Petition for writ of habeas corpus denied. *Moses Kando,* Asst. Public Defender, for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney general, for respondent.

APPEAL NO. 656. DAVID LEVY *v.* INDUSTRIAL NATIONAL BANK OF RHODE ISLAND, WALTER F. FARRELL, JAMES SINCLAIR AND 91065 CORPORATION. Motion for leave to reargue denied. *David Levy,* plaintiff, pro se. *Hinckley, Allen, Salisbury & Parsons, Guy J. Wells, Thomas D. Gidley,* for Industrial National Bank of Rhode Island; *Hogan & Hogan, Edward T. Hogan,* for Executors of the Estate of Walter F. Farrell; *Winograd, Winograd & Marcus, Allan M. Shine,* for James Sinclair; *Roberts & McMahon, William F. McMahon,* for 91065 Corporation.

